### W. L. WELLS v. THE STATE.

#### No. 7609.   Decided April 4, 1923.

#### Negligent Use of Automobile—Practice on Appeal.

Where, upon appeal of an assault by the negligent use of an automobile, the record was without a statement of facts or bill of exceptions, it must be presumed that the case was submitted orally to the jury, and the judgment must be affirmed.

Appeal from the County Court at Law of Harris County. Tried below before the Hon. Roy F. Campbell.

Appeal from conviction of assault by negligent use of an automobile; penalty, a fine of one hundred dollars and one month confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the county court at law No. 2 of Harris County of an assault by the negligent use of an automobile, and his punishment fixed at a fine of $100 and imprisonment in the county jail for one month.

The record is before us without any statement of facts or bill of exceptions. The charge of the court appears to have been orally given, and no exception appearing, we must conclude that it was by agreement of the parties and that same was satisfactory to appellant.

No error appearing in the record, an affirmance will be ordered.

*Affirmed.*